ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/13/2015 2:07:04 PM
KEITH HOTTLE
CLERK



**JACKSON WALKER L.L.P.**

*125 YEARS*

ATTORNEYS & COUNSELORS

Julia W. Mann
(210) 978-7761 (Direct Dial)
(210) 242-4646 (Direct Fax)
jmann@jw.com

August 13, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/13/2015 2:07:04 PM

KEITH E. HOTTLE
Clerk

Hon. Sandee Bryan Marion, Chief Justice
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205

    Re:    Court of Appeals Number: 04-14-00807-CV
             Trial Court Case Number:  M-12-0045-CV-A
             Aery, et al vs. Hoskins, Inc., et al

Dear Hon. Justice Bryan Marion:

In response to the Court's letter of July 30, 2015, please be advised that Appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III will yield their oral argument time to Ellen Mitchell, counsel for Appellees C. Clifton Hoskins and Hoskins, Inc.

Sincerely,

*Julia W. Ma*

Julia W. Mann

JWM:cle

112 E. Pecan Street, Suite 2400  •  San Antonio, Texas 78205  •  (210) 978-7700  •  fax (210) 978-7790

www.jw.com  •  Austin  •  Dallas  •  Fort Worth  •  Houston  •  San Angelo  •  San Antonio  •  Member of GLOBALAW℠

cc:     Via Email to Counsel Below:

| | |
|---|---|
| Rosemarie Kanusky<br>John W. Weber, Jr.<br>Jeffrey A. Webb<br>James Summers<br>NORTON ROSE FULBRIGHT US LLP<br>300 Convent, Suite 2100<br>San Antonio, Texas  78205<br>Rosemarie.Kanusky@nortonrosefulbright.com<br>John.Weber@nortonrosefulbright.com<br>Jeff.Webb@nortonrosefulbright.com<br>James.Summers@nortonrosefulbright.com<br>*Appellate Counsel for the House Family* | Dan Pozza<br>LAW OFFICE OF DAN POZZA<br>239 East Commerce Street<br>San Antonio, Texas  78205<br>danpozza@yahoo.com<br>*Appellate Counsel for Aery Family* |
| David Ylitalo<br>COATS ROSE PC<br>1020 Northeast Loop 410<br>Suite 800<br>San Antonio, Texas  78209<br>dylitalo@coatsrose.com<br>*Counsel for Leonard Hoskins* | Marc K. Whyte<br>WHYTE, PLLC<br>209 Tuttle<br>San Antonio, Texas  78209<br>whytemarc@gmail.xom<br>*Counsel for Aery Family* |
| Ellen Mitchell<br>C. David Kinder<br>DYKEMA COX SMITH<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>emitchell@dykema.com<br>dkinder@dykema.com<br>*Counsel for C. Clifton Hoskins and Hoskins, Inc.* | John George, Jr.<br>Matthew F. Wymer<br>BEIRNE, MAYNARD & PARSONS, LLP<br>112 East Pecan Street, Suite 2750<br>San Antonio, Texas  78205<br>jgeorgejr@bmpllp.com<br>mwymer@bmpllp.com<br>*Counsel for Aery Family* |
| Jason A. Newman<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Jason.newman@bakerbotts.com<br>*Counsel for Texoz E&P I, Inc.* | Melanie Hessler Phipps<br>KUSTOFF & PHIPPS, LLP<br>4103 Parkdale Street<br>San Antonio, Texas  78229-2520<br>mphipps@kplegal.com<br>*Counsel for Aery Family* |

| | |
|---|---|
| Benjamin F. Youngblood, III<br>BENJAMIN F. YOUNGBLOOD III, P.L.L.C.<br>8207 Callaghan Road, Suite 100<br>San Antonio, Texas 78230<br>bfy@prodigy.net<br>*Counsel for Jane W. Hoskins* | Ezra A. Johnson<br>UHL, FITZSIMONS,<br>JEWETT & BURTON, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>ejohnson@ufjblaw.com<br>*Counsel for Blake C. Hoskins* |
| David W. Navarro<br>Brendon C. Holm<br>HORNBERGER SHEEHAN FULLER BEITER<br>WITTENBERG & GARZA INCORPORATED<br>The Quarry Heights Building<br>7373 Broadway, Suite 300<br>San Antonio, Texas 78209<br>dnavarro@hsfblaw.com<br>bholm@hsfblaw.com<br>*Counsel for Brent C. Hoskins* | Michael C. Sartori<br>LAW OFFICE OF MICHAEL C. SARTORI<br>P.O. Box 1222<br>502A Houston Street<br>George West, Texas 78022<br>Michael@msartori.com<br>*Counsel for Hoskins, Inc., C. Clifton Hoskins, Trudy Day, and Hazel Q. Hoskins* |
| Conner R. Jackson<br>R. Clay Hoblit<br>HOBLIT FERGUSON DARLING, LLP<br>2000 Frost Bank Plaza<br>802 Carancahua<br>Corpus Christi, Texas 78401<br>cjackson@hfdlaw.com<br>choblit@hfdlaw.com<br>*Counsel for Aurora Resources Corporation* | Bruce D. Oakley<br>Robert L. Pillow<br>HOGAN LOVELLS US LLP<br>700 Louisiana Street, Suite 4300<br>Houston, Texas 77002<br>Bruce.oakley@hoganlovells.com<br>Robert.pillow@hoganlovells.com<br>*Counsel for Armadillo E&P, Inc., Sea Eagle Ford, LLC, and Sundance Energy, Inc.* |